UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>                            Petitioner,<br><br>   v.<br><br>AARON STEWART, an individual; JAMES BRANCH, an individual; and SENATOR, LLC, d/b/a Cascade Apartments, Savoy Apartments, and Stewart Commercial,<br><br>                            Defendants. | NO: 1:14-CV-3056-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

**BEFORE** the Court is Petitioner's Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). ECF No. 14. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Stipulation of Dismissal, **ECF No. 14**, is **APPROVED**. Plaintiff's Complaint is dismissed without prejudice and without costs to any party.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 8th day of August 2014.

                                    *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                    Chief United States District Court Judge